# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

JO ANN PERRY                                                                                       PLAINTIFF

V.                                                                                    NO. 4:17-CV-81-DMB-JMV

COMMISSIONER of SOCIAL SECURITY                                                        DEFENDANT

## ORDER

On August 15, 2017, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that Jo Ann Perry's motion to proceed in this action without prepayment of costs and giving security therefor "be denied as moot." Doc. #5. The Report and Recommendation warned:

> Objections [to the Report and Recommendation] are required to be in writing and must be filed within fourteen (14) days of this date. Failure to timely file written objections to the proposed findings, conclusions and recommendations contained in this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

*Id.* at 1–2.

To date, no objections to the Report and Recommendation have been filed. Accordingly, this Court's review of the Report and Recommendation is limited to plain error. *Morales v. Mosley*, No. 3:13-cv-848, 2014 WL 5410326, at *2 (S.D. Miss. Oct. 22, 2014) (citing *Shelby v. City of El Paso*, 577 F. App'x 327, 331 (5th Cir. 2014) ("When there has been no objection to a report and recommendation, review is limited to plain error.").

The Court has reviewed the Report and Recommendation and found no plain error. Therefore:

1. The Report and Recommendation [5] is **ADOPTED** as the order of the Court; and

2. Perry's motion to proceed on appeal in forma pauperis [2] is **DENIED as moot**.

**SO ORDERED**, this 3rd day of October, 2017.

__/s/Debra M. Brown__  
**UNITED STATES DISTRICT JUDGE**
